JENNIFER HOLLIDAY SBN 261343
     JLHolliday@Proton.me
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (805) 622-0225

*Attorney for Plaintiff Genevieve Morton*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: DMCA 512(H) SUBPOENA TO X CORP. | ) 2:23-MC-00060 ) **REQUEST TO CLERK FOR** ) **ISSUANCE OF DMCA 512(h)** ) **SUBPOENA; SUPPORTING** ) **DECLARATION; PROPOSED** ) **SUBPOENA** ) ) ) |

PETITIONER GENEVIEVE MORTON hereby requests that the Clerk of this Court issue a subpoena to X Corp., the owner and operator of Twitter, to identify the alleged infringers at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). The proposed Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to X Corp., the service provider to allegedly infringing parties using the Twitter account usernames

@KoresAfroditis, @RakishMale, @Berserker_101, and @electrogirls01 who displayed copyrighted photographs without authorization at the following URLs:

https://mobile.twitter.com/KoresAfroditis/status/1639835387496415233
https://mobile.twitter.com/RakishMale/status/1639228892849250304
https://mobile.twitter.com/Berserker_101/status/1636010065491640320
https://mobile.twitter.com/Berserker_101/status/1636010016963452930
https://mobile.twitter.com/Berserker_101/status/1636009972361207809
https://mobile.twitter.com/Berserker_101/status/1636009842346283009
https://mobile.twitter.com/Berserker_101/status/1636009780690010112
https://mobile.twitter.com/Berserker_101/status/1636009676264308739
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636008529713676290
https://mobile.twitter.com/Berserker_101/status/1636008480149479425
https://mobile.twitter.com/Berserker_101/status/1636008435006296066
https://mobile.twitter.com/Berserker_101/status/1636008384192192512
https://mobile.twitter.com/Berserker_101/status/1636008336150732800
https://twitter.com/Berserker_101/status/1636009394302230528
https://twitter.com/Berserker_101/status/1636008289711316993
https://twitter.com/Berserker_101/status/1636008263169851393
https://twitter.com/Berserker_101/status/1636007499835883527
https://twitter.com/Berserker_101/status/1636007430294319111
https://twitter.com/Berserker_101/status/1636007209694908417
https://twitter.com/Berserker_101/status/1636007172495626244
https://twitter.com/Berserker_101/status/1636007132377100289
https://twitter.com/Berserker_101/status/1636007035203469313
https://twitter.com/Berserker_101/status/1636006963174600705
https://twitter.com/Berserker_101/status/1636006879796051970
https://twitter.com/RakishMale/status/1635277247727931393
https://twitter.com/electrogirls01/status/1634433478753148928

Morton, the registered owner of the copyrights at issue, has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

1. Morton has submitted the proposed 512(h) Subpoena attached hereto as **Exhibit A**.

2. Morton has notified Twitter through its portal of the alleged infringement, and through counsel, has notified X Corp.'s Designated Agent of the infringement

pursuant to 17 U.S.C. § 512(c)(3)(A) and in compliance with that section.  A copy of the Notice and Takedown Report to X Corp.'s Designated Agent is attached as **Exhibit B.**

3. Morton has submitted a sworn declaration from counsel confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or the infringers and such information will only be used for the purposes of protecting Ms. Morton's rights under Title 17 of the United States Code.

Having complied with the statutory requirements, Morton respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service.

Respectfully Submitted,

Dated:  April 11, 2023                JENNIFER HOLLIDAY

By: /s/ *Jennifer Holliday*

Attorney for Plaintiff

## DECLARATION IN SUPPORT OF REQUEST TO ISSUE DMCA 512(H) SUBPOENA TO X CORP.

1. My name is Jennifer Holliday, and I am a member of the State Bar of California and admitted to practice before this Court.
2. On April 11, 2023, I prepared and submitted a subpoena ("Subpoena") pursuant to 17 U.S.C. § 512(h), to the Clerk of the United States District Court for the Central District of California via the ECF System.
3. I swear under penalty of perjury that the Subpoena is sought to obtain the identity of alleged copyright infringers and that such information will only be used for the purpose of protecting the registered copyright holder.
4. I have attached as Exhibit 1 the Notice and Takedown Requests for the infringement that occurred on the following URLs:

https://mobile.twitter.com/KoresAfroditis/status/1639835387496415233
https://mobile.twitter.com/RakishMale/status/1639228892849250304
https://mobile.twitter.com/Berserker_101/status/1636010065491640320
https://mobile.twitter.com/Berserker_101/status/1636010016963452930
https://mobile.twitter.com/Berserker_101/status/1636009972361207809
https://mobile.twitter.com/Berserker_101/status/1636009842346283009
https://mobile.twitter.com/Berserker_101/status/1636009780690010112
https://mobile.twitter.com/Berserker_101/status/1636009676264308739
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636008529713676290
https://mobile.twitter.com/Berserker_101/status/1636008480149479425
https://mobile.twitter.com/Berserker_101/status/1636008435006296066
https://mobile.twitter.com/Berserker_101/status/1636008384192192512
https://mobile.twitter.com/Berserker_101/status/1636008336150732800
https://twitter.com/Berserker_101/status/1636009394302230528
https://twitter.com/Berserker_101/status/1636008289711316993
https://twitter.com/Berserker_101/status/1636008263169851393
https://twitter.com/Berserker_101/status/1636007499835883527
https://twitter.com/Berserker_101/status/1636007430294319111
https://twitter.com/Berserker_101/status/1636007209694908417
https://twitter.com/Berserker_101/status/1636007172495626244
https://twitter.com/Berserker_101/status/1636007132377100289
https://twitter.com/Berserker_101/status/1636007035203469313
https://twitter.com/Berserker_101/status/1636006963174600705
https://twitter.com/Berserker_101/status/1636006879796051970

https://twitter.com/RakishMale/status/1635277247727931393
https://twitter.com/electrogirls01/status/1634433478753148928

5. Absent further information about the users, am unable to analyze the issue of whether the displays constitute fair use.
6. I have personal knowledge of the facts set forth in this Declaration which are true and correct.

Executed under the laws of the State of California and of the United States of America on this 11ᵗʰ day of April 2023 at Los Angeles, California.

/s/ *Jennifer Holliday*
JENNIFER HOLLIDAY

# EXHIBIT A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

In re: Subpoena to X Corp.

_____
           *Plaintiff*

           v.

_____
           *Defendant*

)
)
)
)
)
)

Civil Action No. 2:23-mc-00060

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                             X Corp., Custodian of Records

_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

      Set forth in Attached Appendix A

| Place: | Date and Time: |
|---|---|
| Electronically to JLHolliday@Proton.me | April 25, 2023, 10 AM |

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

           *CLERK OF COURT*
                                  OR

_____       _____
     *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:23-mc-00060

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**APPENDIX A**
**TO SUBPOENA COMMANDING PROUDUCTION BY X CORP.**

Information in your possession, including telephone number(s), e-mail address(es), past and current usernames, and IP Logs sufficient to identify creators and/or operators of the following Twitter accounts posting on the following URLs:

@KoresAfroditis
@RakishMale
@Berserker_101
@Electrogirls01

https://mobile.twitter.com/KoresAfroditis/status/1639835387496415233

https://mobile.twitter.com/RakishMale/status/1639228892849250304

https://mobile.twitter.com/Berserker_101/status/1636010065491640320

https://mobile.twitter.com/Berserker_101/status/1636010016963452930

https://mobile.twitter.com/Berserker_101/status/1636009972361207809

https://mobile.twitter.com/Berserker_101/status/1636009842346283009

https://mobile.twitter.com/Berserker_101/status/1636009780690010112

https://mobile.twitter.com/Berserker_101/status/1636009676264308739

https://mobile.twitter.com/Berserker_101/status/1636009493220712449

https://mobile.twitter.com/Berserker_101/status/1636009493220712449

https://mobile.twitter.com/Berserker_101/status/1636008529713676290

https://mobile.twitter.com/Berserker_101/status/1636008480149479425

https://mobile.twitter.com/Berserker_101/status/1636008435006296066

https://mobile.twitter.com/Berserker_101/status/1636008384192192512

https://mobile.twitter.com/Berserker_101/status/1636008336150732800

https://twitter.com/Berserker_101/status/1636009394302230528

https://twitter.com/Berserker_101/status/1636008289711316993

https://twitter.com/Berserker_101/status/1636008263169851393

https://twitter.com/Berserker_101/status/1636007499835883527

https://twitter.com/Berserker_101/status/1636007430294319111

https://twitter.com/Berserker_101/status/1636007209694908417

https://twitter.com/Berserker_101/status/1636007172495626244

https://twitter.com/Berserker_101/status/1636007132377100289

https://twitter.com/Berserker_101/status/1636007035203469313

https://twitter.com/Berserker_101/status/1636006963174600705

https://twitter.com/Berserker_101/status/1636006879796051970

https://twitter.com/RakishMale/status/1635277247727931393

https://twitter.com/electrogirls01/status/1634433478753148928

# EXHIBIT B

**JENNIFER HOLLIDAY, ESQ.**
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067 JLHolliday@Proton.me

April 11, 2023

Mr. Naser Baseer
            nbaseer@twitter.com
X Corp.
1355 Market St., Suite 900
San Francisco, CA 94103

Re:  Copyright Infringement

Dear Mr. Baseer:

I write on behalf of a registered copyright holder, Genevieve Morton, to report infringement on Twitter at the following URLs:

https://mobile.twitter.com/KoresAfroditis/status/1639835387496415233
https://mobile.twitter.com/RakishMale/status/1639228892849250304
https://mobile.twitter.com/Berserker_101/status/1636010065491640320
https://mobile.twitter.com/Berserker_101/status/1636010016963452930
https://mobile.twitter.com/Berserker_101/status/1636009972361207809
https://mobile.twitter.com/Berserker_101/status/1636009842346283009
https://mobile.twitter.com/Berserker_101/status/1636009780690010112
https://mobile.twitter.com/Berserker_101/status/1636009676264308739
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636009493220712449
https://mobile.twitter.com/Berserker_101/status/1636008529713676290
https://mobile.twitter.com/Berserker_101/status/1636008480149479425
https://mobile.twitter.com/Berserker_101/status/1636008435006296066
https://mobile.twitter.com/Berserker_101/status/1636008384192192512
https://mobile.twitter.com/Berserker_101/status/1636008336150732800
https://twitter.com/Berserker_101/status/1636009394302230528
https://twitter.com/Berserker_101/status/1636008289711316993
https://twitter.com/Berserker_101/status/1636008263169851393
https://twitter.com/Berserker_101/status/1636007499835883527
https://twitter.com/Berserker_101/status/1636007430294319111
https://twitter.com/Berserker_101/status/1636007209694908417
https://twitter.com/Berserker_101/status/1636007172495626244
https://twitter.com/Berserker_101/status/1636007132377100289

https://twitter.com/Berserker_101/status/1636007035203469313
https://twitter.com/Berserker_101/status/1636006963174600705
https://twitter.com/Berserker_101/status/1636006879796051970
https://twitter.com/RakishMale/status/1635277247727931393
https://twitter.com/electrogirls01/status/1634433478753148928

Please be advised that Ms. Morton has been engaged in litigation with Twitter, Inc. for copyright infringement that occurred when Twitter was under previous ownership.  I am therefore copying counsel of record Justin Griffin in that litigation from which Twitter was dismissed.

<u>As required by DMCA 512:</u>

This Notice contains my electronic signature as an authorized agent of the copyright owner.

We identify the copyrighted photographs as a representative list: black and white photographs featuring the nude or topless image and likeness of Genevieve Morton, a female with blonde hair on a beach, leaning on a tree, on a dock, in a doorway, and similar locations and settings.  Please note that some of the nude photographs were created in black and white but appear to have been colorized in some of the Tweets but not by the copyright owner.

Unauthorized copies are displayed on the links appearing on the aforementioned list of URLs where the Tweets reside.  I have a good faith belief that the use of the photographs on these Tweets is not authorized by the copyright owner, the copyright owner's agent, or the law.  In keeping with Twitter's copyright policy, I considered whether these unauthorized displays constituted fair use, but it is impossible to fully analyze the issue without further information. Specifically, the photographs appear to have been used without authorization in connection with commercial, for-profit uses to create customer lists, advertise third party websites, drive user traffic to third party pornography sites, and bait and switch users in advertising schemes.

The information in this notice is accurate and is submitted under penalty of perjury that I am authorized to act on behalf of the copyright owner.

We have requested a DMCA 512(h) Subpoena in connection with this Notice and Takedown Report and ask that X Corp. retain and preserve all information about the users in anticipation of the issuance and service of the Subpoena.

Sincerely,
/s/
Jennifer Holliday

cc:     Justin Griffin, JustinGriffin@QuinnEmanuel.com