JENNIFER HOLLIDAY, ESQ. (SBN 261343)
    JLHolliday@Proton.me
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
(805) 622-0225

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: DMCA SUBPOENA TO X CORP.

**2:23-MC-00060**

**NOTICE OF ERRATA**

**L.R. 83-1.3**

NOTICE is given that the Subpoena uploaded to ECF as Document Number 2 did not specify that the Subpoena was a DMCA Subpoena and should not issue. A corrected Subpoena was uploaded as Document 3 reflecting the correction.

Respectfully submitted,

Dated this 12th day of April 2023.        _/s/_____

JENNIFER L. HOLLIDAY

ATTORNEY FOR PLAINTIFF