JENNIFER HOLLIDAY, ESQ. (SBN 261343)
  JLHolliday@Proton.me
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
(805) 622-0225

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: DMCA SUBPOENA TO X CORP. | **2:23-MC-00060**<br><br>**SUPPLEMENTAL REPORT RE: ACKNOWLEDGMENT OF DMCA NOTICE AND TAKEDOWN REQUESTS** |

    Attached hereto as Exhibits 1- 27 are true and correct redacted copies of Acknowledgments of receipt by Twitter of DMCA Notice and Takedown Reports related to the twenty-seven links listed in the Supporting Declaration supporting the Request to Clerk for Issuance of DMCA 512(H) Subpoena.

Respectfully submitted,

Dated this 12th day of April 2023.

   _/s/_____

JENNIFER L. HOLLIDAY

ATTORNEY FOR PLAINTIFF

# EXHIBIT 1

## We got your report 0316210150 [ref:00DA0000000K0A8.5004w00002fl6WO:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve_morton██████████

Date:  Tuesday, April 11, 2023 at 04:13 PM PDT

 External images are now more secure, and shown by default.  **Change in Settings**



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316210150

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self Employed
Email:
> genevieve_morton@████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white photo of a woman lying on a bed.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/KoresAfroditis/status/1639835387496415233

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized copy and display of copyrighted photograph

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fl6WO:ref

---

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 2

## We got your report 0316210852 [ref:00DA0000000K0A8.5004w00002fh3ft:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@ 

Date: Tuesday, April 11, 2023 at 04:19 PM PDT

✅ External images are now more secure, and shown by default. **Change in Settings**



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0316210852

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton █████████

Address:
> █████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white photo of woman walking on the beach

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/RakishMale/status/1639228892849250304

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and copy of copyrighted photograph

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh3ft:ref

---

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 3

# We got your report 0316211173 [ref:00DA0000000K0A8.5004w00002fl6Er:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@yahoo.com

Date: Tuesday, April 11, 2023 at 04:22 PM PDT

 External images are now more secure, and shown by default. **Change in Settings**



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316211173

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@███████

Address:
> ████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and White photo of woman on a bed

Links to original work:

> [Empty]


Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636010065491640320


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted photograph


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Genevieve Morton

Country

> US


ref:00DA0000000K0A8.5004w00002fl6Er:ref

---

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 4

## We got your report 0316211395 [ref:00DA0000000K0A8.5004w00002fh3kQ:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton█████████

Date: Tuesday, April 11, 2023 at 04:25 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0316211395

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and White photograph of woman sitting on a wall

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636010016963452930

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted photograph

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh3kQ:ref

# EXHIBIT 5

## We got your report 0316211917 [ref:00DA0000000K0A8.5004w00002fl6oE:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton ████████

Date: Tuesday, April 11, 2023 at 04:30 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0316211917

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton█████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> █████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> 3 black and white images of a woman standing in a doorway.

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636009972361207809

Reported content:

> Image/Photograph

Description of infringement:

> unauthorized use and display of copyrighted photograph

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fl6oE:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 6

## We got your report 0316215127 [ref:00DA0000000K0A8.5004w00002fl57W:ref]

| | |
|---|---|
| From: | Twitter Support (support@twitter.com) |
| To: | genevieve_morton@yahoo.com |
| Date: | Tuesday, April 11, 2023 at 05:02 PM PDT |



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316215127

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@ ███████

Address:
> ████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of woman lying on bed

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://mobile.twitter.com/Berserker_101/status/1636009842346283009

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorised use and display of copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl57W:ref

# EXHIBIT 7

## We got your report 0316215433 [ref:00DA0000000K0A8.5004w00002fh31f:ref]

From:   Twitter Support (support@twitter.com)

To:      genevieve_m█████████████

Date:   Tuesday, April 11, 2023 at 05:05 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------

Your ticket number: #0316215433

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_mo █████████

Address:
> ██████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> three black and white photos of a woman lying on a bed

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://mobile.twitter.com/Berserker_101/status/1636009780690010112


Reported content:
> Image/Photograph
Description of infringement:
> unauthorized use and display of copyrighted images


512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:
> Genevieve Morton
Country
> US


ref:00DA0000000K0A8.5004w00002fh31f:ref

# EXHIBIT 8

## We got your report 0316215633 [ref:00DA0000000K0A8.5004w00002fh4P4:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@yahoo.com

Date: Tuesday, April 11, 2023 at 05:07 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report.
Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of
material protected by copyright law. Here are some examples of possible
copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright
   protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used
as a Twitter account background or profile image, or Tweets containing links
to unauthorized publication of copyright protected materials, most likely, it is
not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting
other possible Terms of Service violations, including possible trademark
issues, please see this page: https://help.twitter.com/rules-and-
policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on
Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-
and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316215633

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton█████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
>█████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Three black and white images of a woman in a doorway

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636009676264308739

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use and display of copyrighted images

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fh4P4:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 9

## We got your report 0316216232 [ref:00DA0000000K0A8.5004w00002fh3vW:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@yahoo.com

Date: Tuesday, April 11, 2023 at 05:13 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------

Your ticket number: #0316216232

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_mor█████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Black and white photograph of a woman doing a back bend

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636008529713676290

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh3vW:ref

# EXHIBIT 10

We got your report 0316217213 [ref:00DA0000000K0A8.5004w00002fh3nS:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve_morton@yahoo.com

Date:  Tuesday, April 11, 2023 at 05:23 PM PDT

---



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

---

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316217213

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_m█████████████████

Address:
████████████████████████

City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ███████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white photo of a woman leaning against the rocks

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636008480149479425


Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image


512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:

> Genevieve Morton

Country

> US


ref:00DA0000000K0A8.5004w00002fh3nS:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 11

## We got your report 0316217513 [ref:00DA0000000K0A8.5004w00002fl7go:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton ▮▮▮▮▮▮▮

Date: Tuesday, April 11, 2023 at 05:25 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------

Your ticket number: #0316217513

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self Employed
Email:
> ge

Address:
> 7190 w sunset blvd, ste 1124
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
>
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The original work is a black-and-white image of a woman walking on the beach. The infringed work has been color altered.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://mobile.twitter.com/Berserker_101/status/1636008435006296066

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl7go:ref

---

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 12

## We got your report 0316217921 [ref:00DA0000000K0A8.5004w00002fh446:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_mon⬛⬛⬛⬛

Date: Tuesday, April 11, 2023 at 05:29 PM PDT

---



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------

Your ticket number: #0316217921

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_m███████████

Address:
> ███████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> black and white image of a woman on a tree

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636008384192192512

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh446:ref

# EXHIBIT 13

## We got your report 0316218128 [ref:00DA0000000K0A8.5004w00002fh4rC:ref]

From: Twitter Support (support@twitter.com)

To: gene███████████████████

Date: Tuesday, April 11, 2023 at 05:31 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0316218128

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton█████████

Address:
> 7█████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of a woman walking on a dock

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://mobile.twitter.com/Berserker_101/status/1636008336150732800

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh4rC:ref

# EXHIBIT 14

### We got your report 0316218340 [ref:00DA0000000K0A8.5004w00002fl7Qb:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton███████████

Date: Tuesday, April 11, 2023 at 05:33 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316218340

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and White photo of a woman on a bed

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Berserker_101/status/1636009394302230528

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fl7Qb:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 15

## We got your report 0316218569 [ref:00DA0000000K0A8.5004w00002fl7uI:ref]

From: Twitter Support (support@twitter.com)

To: ███████████████████████

Date: Tuesday, April 11, 2023 at 05:35 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316218569

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> ███████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of a woman swinging on a rope

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Berserker_101/status/1636008289711316993

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fl7uI:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 16

## We got your report 0316218917 [ref:00DA0000000K0A8.5004w00002fh4yr:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve_morton@yahoo.com

Date:  Tuesday, April 11, 2023 at 05:39 PM PDT

---



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------
Your ticket number: #0316218917

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> █████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of woman laying on the beach

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/Berserker_101/status/1636008263169851393

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use, display and color alteration of copyrighted work

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh4yr:ref

# EXHIBIT 17

## We got your report 0316219754 [ref:00DA0000000K0A8.5004w00002fl829:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@yahoo.com

Date: Tuesday, April 11, 2023 at 05:46 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316219754

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton█████████

Address:
> █████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original work is a black and white image of a woman in a doorway.
infringed work has been color altered and cropped

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007209694908417

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display, crop and color altering of a copyrighted image.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl829:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 18

## We got your report 0316219261 [ref:00DA0000000K0A8.5004w00002fl81K:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_██████████

Date: Tuesday, April 11, 2023 at 05:42 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------

Your ticket number: #0316219261

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self Employed
Email:
> genevieve_mo█████████████

Address:
> ██████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ███████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original work is a black and white photo of a woman on the beach. the infringed image has been color altered.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope
broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007499835883527

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display and color altering of copyrighted work

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages,
including costs and attorneys' fees, if I knowingly materially misrepresent that
reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of
is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of
perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl81K:ref

# EXHIBIT 19

## We got your report 0316220011 [ref:00DA0000000K0A8.5004w00002fh4xn:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morto█████████████

Date: Tuesday, April 11, 2023 at 05:48 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0316220011

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> ███████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original image is a black and white photo of a woman in a door way. the infringed image has been color altered

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007172495626244

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display and color altering of a copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fh4xn:ref

---

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 20

## We got your report 0316219529 [ref:00DA0000000K0A8.5004w00002fl80m:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton█████████

Date: Tuesday, April 11, 2023 at 05:44 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316219529

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_m█████████████

Address:
> █████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original work is a black and white image of a woman in a bath. this infringed image has been color altered.

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007430294319111

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display and color altering of a copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl80m:ref

---

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 21

## We got your report 0316220247 [ref:00DA0000000K0A8.5004w00002fl88Q:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve_mor█████████████

Date:  Tuesday, April 11, 2023 at 05:51 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0316220247

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton █████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original photo is a black and white image of a woman coming out of the sea. this infringed work has been color altered

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007132377100289

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display, and color altering of a copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl88Q:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 22

## We got your report 0316220445 [ref:00DA0000000K0A8.5004w00002fl7i2:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_morton@yahoo.com

Date: Tuesday, April 11, 2023 at 05:53 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316220445

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve██████████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ██████████
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Original image is a black and white photo of a woman on a bed. infringed work has been color altered

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636007035203469313

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display, crop and color altering of a copyrighted image.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl7i2:ref

# EXHIBIT 23

## We got your report 0316220640 [ref:00DA0000000K0A8.5004w00002fh4qb:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve_mor▮▮▮▮▮▮▮▮▮▮

Date:  Tuesday, April 11, 2023 at 05:55 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0316220640

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> ██████████████████████████

Address:
> ██████████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original image is a black and white image of a woman at night laying in water. infringed image has been color altered and cropped

Links to original work:

> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636006963174600705


Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display, crop and color altering of copyrighted image.


512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.


Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.


Signature:
> Genevieve Morton
Country
> US


ref:00DA0000000K0A8.5004w00002fh4qb:ref

---

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 24

## We got your report 0316220842 [ref:00DA0000000K0A8.5004w00002fh5Gr:ref]

From:   Twitter Support (support@twitter.com)

To:     genevieve_▮▮▮▮▮▮▮▮▮▮

Date:   Tuesday, April 11, 2023 at 05:57 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------

Your ticket number: #0316220842

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_███████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Original image is a black and white photo of a woman on the stairs

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/Berserker_101/status/1636006879796051970

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use, display and color altering of a copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fh5Gr:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 25

## We got your report 0316221015 [ref:00DA0000000K0A8.5004w00002fl7pT:ref]

From:  Twitter Support (support@twitter.com)

To:  genevieve█████████████

Date:  Tuesday, April 11, 2023 at 05:58 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report.
Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of
material protected by copyright law. Here are some examples of possible
copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright
   protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used
as a Twitter account background or profile image, or Tweets containing links
to unauthorized publication of copyright protected materials, most likely, it is
not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting
other possible Terms of Service violations, including possible trademark
issues, please see this page: https://help.twitter.com/rules-and-
policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on
Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-
and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Your ticket number: #0316221015

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_mor███████████

Address:
> ████████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of a woman sitting in a chair

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/RakishMale/status/1635277247727931393

Reported content:
> Image/Photograph
Description of infringement:
> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Genevieve Morton
Country
> US

ref:00DA0000000K0A8.5004w00002fl7pT:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 26

## We got your report 0316221186 [ref:00DA0000000K0A8.5004w00002fh57s:ref]

From: Twitter Support (support@twitter.com)

To: genevieve_m███████████

Date: Tuesday, April 11, 2023 at 06:00 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0316221186

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> 7190 w sunset blvd, ste 1124
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> 9174999486
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of a woman in the bath

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/electrogirls01/status/1634433478753148928

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh57s:ref

**Help** | **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# EXHIBIT 27

## We got your report 0316221186 [ref:00DA0000000K0A8.5004w00002fh57s:ref]

From: Twitter Support (support@twitter.com)

To: genevie█████████████

Date: Tuesday, April 11, 2023 at 06:00 PM PDT



Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------

Your ticket number: #0316221186

Copyright owner:
> Genevieve Morton
Name:
> Genevieve Morton
Company:
> Genevieve Morton
Job title:
> Self-employed
Email:
> genevieve_morton@yahoo.com

Address:
> ██████████████████
City:
> Los Angeles
State/Province:
> CA
Postal code:
> 90046
Phone (optional):
> ████████
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> Black and white image of a woman in the bath

Links to original work:
> [Empty]

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://twitter.com/electrogirls01/status/1634433478753148928

Reported content:

> Image/Photograph

Description of infringement:

> Unauthorized use and display of copyrighted image

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> Genevieve Morton

Country

> US

ref:00DA0000000K0A8.5004w00002fh57s:ref

**Help**  |  **Privacy**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103