AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In re: DMCA Subpoena to X Corp. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> ) <br> *Defendant* ) | Civil Action No. 2:23-mc-00060-UA |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: X Corp., Custodian of Records

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Set forth in Attached Appendix A

| Place: | Date and Time: |
|---|---|
| Electronically to JLHolliday@Proton.me | April 25, 2023, 10 AM |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/12/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*       OR       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **2:23-mc-00060-UA**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **X CORP.**
on *(date)* **April 13, 2023**

☑ I served the subpoena by delivering a copy to the named person as follows: I left the subpoena with **Ana Gomez, Intake Specialist** at **701 South Carson Street, Suite 200 , Carson City, NV 89701** on *(date)* **April 17, 2023 2:06 PM** ;or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

My fees are $ for travel and $ for services, for a total of $ .00

I declare under penalty of perjury that this information is true.

Date: 4/18/2023

_____
Server's signature

**DAWN CALHOUN**
*Printed name and title*

Ace Attorney Service, Inc.
811 Wilshire Boulevard, Suite 900, Los Angeles, CA 90017
Phone: (213) 623-3979 / Fax: (213) 623-7527
Registration No.: / County:
*Server's Address*

Additional information regarding attempted service, etc.:

AO88B-2175039