JENNIFER HOLLIDAY, State Bar No. 261343
  JLHolliday@Proton.me
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (805) 622-0225

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DMCA 512(h) Subpoena to X Corp. ) | 2:22-mc-00060 |
| ) | |
| ) | **DECLARATION OF JENNIFER HOLLIDAY RE:** |
| ) | **PROOF OF SERVICE OF** |
| ) | **DMCA 512(H) SUBPOENA** |

I am the attorney of record for Plaintiff in this action.  I make the following statements based on my own personal knowledge, and if called, I could and would testify to the following:

1. Unauthorized copies of copyrighted photographs were displayed on Twitter.com, an online platform that was once owned by Twitter, Inc.
2. According to the Secretary of State of California, Twitter, Inc., once a corporation organized under the laws of the State of Delaware, is now terminated.

3. I am informed and believe X Corp. is now the owner and operator of Twitter.com.

4. X Corp. does not maintain a registered agent for service of process in California.

5. I am informed and believe X Corp. is a privately held Nevada corporation with a principal place of business in California. According to the Secretary of State of Nevada, the President, Secretary, Treasurer and Director of the X Corp. is Elon R. Musk, and the address is 1355 Market Street, Suite 900, San Francisco, CA 94103.

6. The Secretary of State of Nevada lists X Corp. as a corporation formed on March 9, 2023 with a registered agent for service of process "C T Corporation System, NV Business ID NV20191497453 with a street address 701 S. Carson St., Suite 200, Carson City, NV 89701."

7. A true and correct copy of the screen appearing on Nevada's Business Portal operated by the Nevada Secretary of State is attached as **Exhibit A** hereto.

8. The Clerk of this Court issued a DMCA 512(h) Subpoena ("Subpoena") directed to X Corp. in matter 2:23-mc-00060.

9. I instructed a process server to serve X Corp. through its Registered Agent described above in Paragraph 6 of this Declaration.

10. I am informed and believe a copy of the Subpoena was personally delivered to X Corp.'s Registered Agent on April 17, 2023 as stated in the signed Proof of Service.

I swear under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on the 18th day of April 2023.

/s/Jennifer Holliday
Jennifer Holliday

# EXHIBIT A

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | X CORP. | **Entity Number:** | E28915242023-1 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Active |
| **Formation Date:** | 03/09/2023 | **NV Business ID:** | NV20232715940 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 3/31/2024 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | C T CORPORATION SYSTEM | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Commercial Registered Agent |
| **NV Business ID:** | NV20191497453 | **Office or Position:** | |
| **Jurisdiction:** | DELAWARE | | |

| | |
|---|---|
| **Street Address:** | 701 S CARSON ST STE 200, Carson City, NV, 89701, USA |
| **Mailing Address:** | |
| **Individual with Authority to Act:** | MATTHEW TAYLOR |
| **Fictitious Website or Domain Name:** | |

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | Elon R. Musk | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA | 03/09/2023 | Active |
| Secretary | Elon R. Musk | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA | 03/09/2023 | Active |
| Treasurer | Elon R. Musk | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA | 03/09/2023 | Active |
| Director | Elon R. Musk | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA | 03/09/2023 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 1,000 | 0.01 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares: 0

Total Authorized Capital: 10

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results